

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00115-CR

Lloyd **RECTOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4029B
Honorable George H. Godwin, Judge Presiding

# O R D E R

 The court reporter's notification of late record is NOTED. The reporter's record is due on May 20, 2014.

_____
Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court